**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2624**

---

SHIRLEY D. SEIBLES,

                               Plaintiff - Appellant,

    versus

COUNTY OF FAIRFIELD,

                               Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Joseph F. Anderson, Jr., District Judge. (CA-96-1780-0-17BD)

---

Submitted: July 22, 1998          Decided: July 31, 1998

---

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shirley D. Seibles, Appellant Pro Se. Kenneth George Goode, GOODE & ASSOCIATES, Winnsboro, South Carolina; William Henry Davidson, II, Alice Price Adams, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shirley D. Seibles appeals from the district court's orders dismissing her 42 U.S.C. § 1981 (1994), action claiming employment discrimination action based on a jury verdict and denying her motion to amend the judgment filed pursuant to Fed. R. Civ. P. 59. The proper standard for review of a jury verdict is stated in <u>Price v. City of Charlotte</u>, 93 F.3d 1241 (4th Cir. 1996). "Recognizing that we may not substitute our judgment for that of the jury or make credibility determinations, if there is evidence on which a reasonable jury may return verdicts in favor of Appellees, we must affirm." <u>Id.</u> at 1249-50 (citations omitted). There is ample evidentiary basis to support the jury's verdict that the County of Fairfield's decision not to hire Seibles for the 911 Coordinator position was not the result of racial discrimination. <u>See</u> <u>Seibles v. County of Fairfield</u>, No. CA-96-1780-0-17BD (D.S.C. Oct. 8 & 21, 1997).

Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2